Martha M. Walsh, Appellant, *v.* John L. Keogh et al., Respondents.

Submitted October 19, 1953; decided November 20, 1953.

*Mark N. Turner* for motion.

*John L. Barrett* for appellant.

Motion denied, with $10 costs.